**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Suffern Partners LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-2423995** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**25 Old Mill Road**
**Suffern, NY 10901**
Number, Street, City, State & ZIP Code

**Rockland**
County

**Mailing address, if different from principal place of business**

**1449 57th Street**
**Brooklyn, NY 11219**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   **Suffern Partners LLC**
_____   Case number (*if known*) _____
     Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    5311

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor   **Suffern Partners LLC**                                          Case number (*if known*) _____
_____
Name

**10.  Are any bankruptcy cases**
      **pending or being filed by a**     ■ No
      **business partner or an**          ☐ Yes.
      **affiliate of the debtor?**

List all cases. If more than 1,
attach a separate list                Debtor _____       Relationship _____

                                      District _____   When _____   Case number, if known _____

**11.  Why is the case filed in**   *Check all that apply:*
      ***this district?***
                                ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                    preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                ■   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**     ■ No
      **have possession of any**
      **real property or personal**  ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
      **property that needs**
      **immediate attention?**
                                      **Why does the property need immediate attention?** (*Check all that apply.*)

                                      ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                         What is the hazard? _____

                                      ☐ It needs to be physically secured or protected from the weather.

                                      ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                         livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                      ☐ Other _____

                                      **Where is the property?**   _____
                                                                  Number, Street, City, State & ZIP Code

                                      **Is the property insured?**

                                      ☐ No

                                      ☐ Yes.   Insurance agency _____

                                               Contact name _____

                                               Phone _____

▌     **Statistical and administrative information**

**13.  Debtor's estimation of**     *Check one:*
      **available funds**
                                    ■   Funds will be available for distribution to unsecured creditors.

                                    ☐   After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**        ■ 1-49                    ☐ 1,000-5,000          ☐ 25,001-50,000
      **creditors**                 ☐ 50-99                   ☐ 5001-10,000          ☐ 50,001-100,000
                                    ☐ 100-199                 ☐ 10,001-25,000        ☐ More than100,000
                                    ☐ 200-999

**15.  Estimated Assets**           ☐ $0 - $50,000            ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                    ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                                    ☐ $100,001 - $500,000     ■ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                    ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16.  Estimated liabilities**      ☐ $0 - $50,000            ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

Debtor   **Suffern Partners LLC**

Name

Case number (*if known*) _____

☐ $50,001 - $100,000          ■ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Suffern Partners LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 14, 2021**
              MM / DD / YYYY

**X** **/s/ Isaac Lefkowitz**                                **Isaac Lefkowitz**
Signature of authorized representative of debtor            Printed name

Title    **CEO**

**18. Signature of attorney**

**X** **/s/ Robert L. Rattet**                              Date    **May 14, 2021**
Signature of attorney for debtor                                    MM / DD / YYYY

**Robert L. Rattet**
Printed name

**Davidoff Hutcher & Citron LLP**
Firm name

**605 Third Avenue**
**34th Floor**
**New York, NY 10158**
Number, Street, City, State & ZIP Code

Contact phone    **212 557 7200**        Email address    **rlr@dhclegal.com**

**1674118 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Suffern Partners LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 14, 2021**   **X** */s/ Isaac Lefkowitz*
   Signature of individual signing on behalf of debtor

   **Isaac Lefkowitz**
   Printed name

   **CEO**
   Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Suffern Partners LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ATC Group Services LLC**<br>**104 E 25th Street**<br>**New York, NY 10010** | | **Trade services** | **Disputed** | | | **$19,285.00** |
| **DG Realty Management LLC**<br>**22 Phyllis Terrace**<br>**Monsey, NY 10952** | | **Loans** | | | | **$5,000,000.00** |
| **Hahn & Hessen**<br>**Attn: Gil Backenroth, Esq.**<br>**488 Madison Avenue**<br>**New York, NY 10022** | | **Legal fees** | | | | **$330,256.89** |
| **ISSM Protective Services**<br>**1820 Swarthmore Ave.**<br>**Lakewood, NJ 08701** | | **Security services** | | | | **$150,000.00** |
| **Law Office of Jeffrey Fleischman**<br>**150 Broadway**<br>**New York, NY 10038** | | **Legal fees** | | | | **$37,268.02** |
| **Lipsius-Benhaim Law, LLP**<br>**80-02 Kew Gardens Rd**<br>**Suite 1030**<br>**Attn: Ira Lipsius, Esq.**<br>**Kew Gardens, NY 11415** | | **Legal fees** | | | | **$10,697.74** |

| Debtor | **Suffern Partners LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Old Republic National Title Ins. Co. c/o David K. Fiveson, Esq. Butler, Fitzgerald, Fiveson & McCarthy 9 East 45th Street, 9th Floor New York, NY 10017** | | **Claim related to release of funds** | **Unliquidated Disputed** | | | **$0.00** |
| **Orange & Rockland Utilties, Inc. 390 W Route 59 Suffern, NY 10901** | | **Meter Assessment** | **Disputed** | | | **$309,102.00** |
| **Oved & Oved LLP 401 Greenwich Street New York, NY 10013** | | **Legal fees** | | | | **$52,000.00** |
| **Red Hawk Fire & Security 494 8th Avenue New York, NY 10001** | | **Trade services** | **Disputed** | | | **$27,223.00** |
| **Town of Ramapo 237 Route 59 Suffern, NY 10901** | | | **Unliquidated Disputed** | **$5,718,210.00** | **$5,250,000.00** | **$468,210.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Suffern Partners LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ __52,500,000.00__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................. $ __5,500,000.00__

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $ __58,000,000.00__

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ __42,780,210.00__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ __0.00__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ __5,935,832.65__

4. **Total liabilities** .................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                $ __48,716,042.65__

**Fill in this information to identify the case:**

Debtor name     **Suffern Partners LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11b. Over 90 days old:     **650,000.00**  -  **0.00**  =....     **$650,000.00**
                          face amount        doubtful or uncollectible accounts

12.     **Total of Part 3.**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.     **$650,000.00**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Suffern Partners LLC**                                      Case number *(If known)* _____
         Name

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **25 Old Mill Road, Suffern, NY 10901** | **Fee Simple** | **$0.00** | | **$52,500,000.00** |

56.   **Total of Part 9.**                                                                                          | **$52,500,000.00** |

  Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
  Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
  ■ No
  ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

Debtor **Suffern Partners LLC**
_____
Name

Case number *(If known)* _____

☐ No. Go to Part 11.
☐ Yes Fill in the information below.

Part 11: **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |

**Claim against Old Republic Title** — Unknown

| Nature of claim | **Title Insurance obligation to insure/defend/indemnify** |
|---|---|
| Amount requested | **$0.00** |

**Riverside Abstract LLC** — Unknown

| Nature of claim | **Claim for Indeminification, duty to insure, defend etc.** |
|---|---|
| Amount requested | **$0.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Claim for tax certiorai** — Unknown

| Nature of claim | **Overassessment of RE Taxes** |
|---|---|
| Amount requested | **$0.00** |

**Claim against North 14th Street Street Realty Associates LLC** — $4,850,000.00

| Nature of claim | **Monies advanced** |
|---|---|
| Amount requested | **$0.00** |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

   **$4,850,000.00**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Suffern Partners LLC** | Case number *(If known)* | |
| | Name | | |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor   **Suffern Partners LLC**
Name

Case number *(If known)*

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $650,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................................> | | $52,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $4,850,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,500,000.00 | + 91b. $52,500,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $58,000,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Suffern Partners LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1**   **CPIF Lending, LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**25 Old Mill Road, Suffern, NY 10901** | **$37,062,000.00** | **$52,500,000.00** |

**2.1**   **CPIF Lending, LLC**
Creditor's Name

**1910 Fairview Avenue East**
**Seattle, WA 98102**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**25 Old Mill Road, Suffern, NY 10901**

Describe the lien
**First Mortgage**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

**2.2**   **Town of Ramapo**
Creditor's Name

**237 Route 59**
**Suffern, NY 10901**
Creditor's mailing address

Describe debtor's property that is subject to a lien

$5,718,210.00    $5,250,000.00

Describe the lien
**RE Taxes**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Debtor    **Suffern Partners LLC**
_____
Name

Case number (if known) _____

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent

■ Unliquidated

■ Disputed

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $42,780,210.00 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Dylan C. Harris, Esq.**<br>**Lewis & Greer, P.C.**<br>**510 Haight Avenue Suite 202**<br>**Poughkeepsie, NY 12603** | Line _2.2_ | |
| **Michael J. Barrie, Esq.**<br>**Benesch, Friedlander, Coplan & Aronoff**<br>**1313 N. Market Street, Ste 1201**<br>**Wilmington, DE 19801** | Line _2.1_ | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **Suffern Partners LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | **$19,285.00** |
| | **ATC Group Services LLC** | |
| | **104 E 25th Street** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **New York, NY 10010** | ☐ Contingent |
| | | ☐ Unliquidated |
| | Date(s) debt was incurred __ | ■ Disputed |
| | Last 4 digits of account number __ | Basis for the claim: __Trade services__ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |
| **3.2** | Nonpriority creditor's name and mailing address | **$5,000,000.00** |
| | **DG Realty Management LLC** | |
| | **22 Phyllis Terrace** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Monsey, NY 10952** | ☐ Contingent |
| | | ☐ Unliquidated |
| | Date(s) debt was incurred __ | ☐ Disputed |
| | Last 4 digits of account number __ | Basis for the claim: __Loans__ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |
| **3.3** | Nonpriority creditor's name and mailing address | **$330,256.89** |
| | **Hahn & Hessen** | |
| | **Attn: Gil Backenroth, Esq.** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **488 Madison Avenue** | ☐ Contingent |
| | **New York, NY 10022** | ☐ Unliquidated |
| | Date(s) debt was incurred __ | ☐ Disputed |
| | Last 4 digits of account number __ | Basis for the claim: __Legal fees__ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |
| **3.4** | Nonpriority creditor's name and mailing address | **$150,000.00** |
| | **ISSM Protective Services** | |
| | **1820 Swarthmore Ave.** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Lakewood, NJ 08701** | ☐ Contingent |
| | | ☐ Unliquidated |
| | Date(s) debt was incurred __ | ☐ Disputed |
| | Last 4 digits of account number __ | Basis for the claim: __Security services__ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | Suffern Partners LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,268.02 |
|---|---|---|---|

**Law Office of Jeffrey Fleischman**
**150 Broadway**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Legal fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,697.74 |
|---|---|---|---|

**Lipsius-Benhaim Law, LLP**
**80-02 Kew Gardens Rd**
**Suite 1030**
**Attn: Ira Lipsius, Esq.**
**Kew Gardens, NY 11415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Legal fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Old Republic National Title Ins. Co.**
**c/o David K. Fiveson, Esq.**
**Butler, Fitzgerald, Fiveson & McCarthy**
**9 East 45th Street, 9th Floor**
**New York, NY 10017**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Claim related to release of funds__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $309,102.00 |
|---|---|---|---|

**Orange & Rockland Utilties, Inc.**
**390 W Route 59**
**Suffern, NY 10901**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Meter Assessment__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,000.00 |
|---|---|---|---|

**Oved & Oved LLP**
**401 Greenwich Street**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Legal fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,223.00 |
|---|---|---|---|

**Red Hawk Fire & Security**
**494 8th Avenue**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**RS Old Mills RD, LLC**
**c/o Sloan Zarkin, Esq.**
**Law Offices of Stephen R. Stern P.C.**
**68 S. Service Rd., Ste 100**
**Melville, NY 11747**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Claim for Breach of Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Suffern Partners LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Yehuda Salamon**
**c/o Sloan J. Zarkin, Esq.**
**Law Offices of Stephen R. Stern, P.C.**
**68 S. Service Rd., Ste 100**
**Melville, NY 11747**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Claim for Breach of Contract, membership interest**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Andrea Timpone, Esq.**<br>**Vince, LLC**<br>**500 Fifth Ave., 19th Floor**<br>**New York, NY 10110** | Line **3.4**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Jack Gordon, Esq.**<br>**Kent, Beatty & Gordon, LLp**<br>**11 Times Square**<br>**New York, NY 10036** | Line **3.12**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Jack Gordon, Esq.**<br>**Kent, Beatty & Gordon, LLP**<br>**11 Times Square**<br>**New York, NY 10036** | Line **3.11**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Robert Saxon, Esq.**<br>**Meyers Saxon & Cole**<br>**3620 Quentin Rd**<br>**Brooklyn, NY 11234** | Line **3.10**<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Warren Gottlieb, Esq.**<br>**Gottlieb Ostrager LLP**<br>**80 Business Park Dr Ste 105**<br>**Armonk, NY 10504** | Line **3.1**<br><br>☐ Not listed. Explain ____ | __ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 5,935,832.65 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,935,832.65 |

**Fill in this information to identify the case:**

Debtor name  **Suffern Partners LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest **Broker agreement for lease or sale of Debtor's property**<br><br>State the term remaining<br><br>List the contract number of any government contract | **CBRE**<br>**250 Pehle Ave**<br>**Plaza 2 Suite 600**<br>**Attn: William Waxman**<br>**Saddle Brook, NJ 07663** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest **Contract of Sale Dated as of December 15, 2020, as amended, for purchase of Debtor's property located at 25 Old Mill Rd., Suffern, NY**<br><br>State the term remaining<br><br>List the contract number of any government contract | **TT Holder Entity LLC**<br>**c/o Steven D. Fleissig, Esq.**<br>**Greenberg Traurig LLP**<br>**500 Campus Dr. Ste 400**<br>**Florham Park, NJ 07932** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name  **Suffern Partners LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Goldie Reisman** | | **CPIF Lending, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Suffern Partners LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                                04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ■ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | **Insider's name and address** **Relationship to debtor** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | **Suffern Partners LLC** | Case number *(if known)* | |

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **RS Old Mills RD, LLC v. Suffern Partners, LLC**<br>**031809/2020** | **Action for Breach of Contract, Etc.** | **Supreme Court, Rockland County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **ATC Group Services LLC v. Suffern Partners**<br>**030893/2021** | **services rendered** | **Supreme Court Rockland County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Red Hawk Fire & Safety v. Suffern Partners LLC**<br>**032647/20** | **Services Rendered** | **Suprem Court Rockland County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Suffern Partners LLC v. Old Republic National Title Insurance  Company, Et Al.**<br>**20-cv-08905-CS** | **Action for Indemnification** | **US District Ct. SDNY** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **In re Suffern Partners LLC v. Town of Ramapo**<br>**033658/2019** | **Tax Certiorari proceeding** | **Supreme Court, Rockland County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Suffern Partner LLC v. Continental Kosher Catering Inc.**<br>**033841/2019** | **Holdover/Disposs ession** | **Ramapo Town Court** | ☐ Pending<br>■ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

| Debtor | Suffern Partners LLC | Case number *(if known)* | |
|---|---|---|---|

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Davidoff Hutcher & Citron LLP** | | **5/12/2021** | **$55,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Isaac Lefkowitz** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Suffern Partners LLC**                                    Case number *(if known)* _____

☐ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |
| | |

| Part 8: | Health Care Bankruptcies |
| --- | --- |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| | | |

| Part 9: | Personally Identifiable Information |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Suffern Partners LLC**                                                    Case number *(if known)* _____

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

■ None

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■  No.
    ☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■  No.
    ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

    ■  No.
    ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

Debtor   **Suffern Partners LLC**                                   Case number *(if known)* _____

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Isaac Lefkowitz** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Isaac Lefkowitz** | | **CEO** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Goldman RX Inc.** | | **Member** | **100%** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Suffern Partners LLC** | Case number *(if known)* | |

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**May 14, 2021**___

**/s/ Isaac Lefkowitz**                                     **Isaac Lefkowitz**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CEO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re   **Suffern Partners LLC** _____   Case No. _____
                                          Debtor(s)                  Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____   $ _____**55,000.00**

    Prior to the filing of this statement I have received _____   $ _____**55,000.00**

    Balance Due _____   $ _____**0.00**

2.  $__**1,737.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor     ☑ Other (specify):   **Isaac Lefkowitz**

4.  The source of compensation to be paid to me is:

    ☑ Debtor     ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtor(s) in any dischargability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding or contested matter.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**May 14, 2021** _____        **/s/ Robert L. Rattet**
_Date_                                            **Robert L. Rattet**
                                                  _Signature of Attorney_
                                                  **Davidoff Hutcher & Citron LLP**
                                                  **605 Third Avenue**
                                                  **34th Floor**
                                                  **New York, NY 10158**
                                                  **212 557 7200  Fax: 212 286 1884**
                                                  **rlr@dhclegal.com**
                                                  _Name of law firm_

---

# United States Bankruptcy Court
## Southern District of New York

In re   **Suffern Partners LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Goldman RX Inc.** | | **100%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 14, 2021**

Signature   **/s/ Isaac Lefkowitz**

**Isaac Lefkowitz**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re    **Suffern Partners LLC**
                                                    Case No. _____
                                Debtor(s)           Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.


Date:    **May 14, 2021**                    **/s/ Isaac Lefkowitz**
                                            **Isaac Lefkowitz/CEO**
                                            Signer/Title

Andrea Vince, LLC
500 Fifth Ave., 19th Floor
New York, NY 10110

Kent, Beatty & Gordon, LLp
11 Times Square
New York, NY 10036

c/o Cathleen Kellly Rebar
Rebar Kelly
800 3rd Ave., 28th Floor
New York, NY 10022


ATC Group Services LLC
104 E 25th Street
New York, NY 10010

Jack Gordon, Esq.
Kent, Beatty & Gordon, LLP
11 Times Square
New York, NY 10036

Robert Saxon, Esq.
Meyers Saxon & Cole
3620 Quentin Rd
Brooklyn, NY 11234


CBRE
250 Pehle Ave
Plaza 2 Suite 600
Attn: William Waxman
Saddle Brook, NJ 07663

Law Office of Jeffrey Fleischman
150 Broadway
New York, NY 10038

R8 Old Mills RD, LLC
c/o Sloan Zarkin, Esq.
Law Offices of Stephen R.B
68 S. Service Rd., Ste 10
Melville, NY 11747


CPIF Lending, LLC
1910 Fairview Avenue East
Seattle, WA 98102

Lipsius-Benhaim Law, LLP
80-02 Kew Gardens Rd
Suite 1030
Attn: Ira Lipsius, Esq.
Kew Gardens, NY 11415

Town of Ramapo
237 Route 59
Suffern, NY 10901


DG Realty Management LLC
22 Phyllis Terrace
Monsey, NY 10952

Michael J. Barrie, Esq.
Benesch, Friedlander, Coplan & Aronoff
1313 N. Market Street, Ste 1201
Wilmington, DE 19801

TT Holder Entity LLC
c/o Steven D. Fleissig, E
Greenberg Traurig LLP
500 Campus Dr. Ste 400
Florham Park, NJ 07932


Dylan C. Harris, Esq.
Lewis & Greer, P.C.
510 Haight Avenue Suite 202
Poughkeepsie, NY 12603

NYS Dept. of Taxation & Finance
Attn: Office of Counsel, Bldg. 9
W.A. Harriman State Campus
Albany, NY 12227

Warren Gottlieb, Esq.
Gottlieb Ostrager LLP
80 Business Park Dr Ste 1
Armonk, NY 10504


Goldie Reisman

Old Republic National Title Ins. Co.
c/o David K. Fiveson, Esq.
Butler, Fitzgerald, Fiveson & McCarthy
9 East 45th Street, 9th Floor
New York, NY 10017

Yehuda Salamon
c/o Sloan J. Zarkin, Esq.
Law Offices of Stephen R.B
68 S. Service Rd., Ste 10
Melville, NY 11747


Hahn & Hessen
Attn: Gil Backenroth, Esq.
488 Madison Avenue
New York, NY 10022

Orange & Rockland Utilties, Inc.
390 W Route 59
Suffern, NY 10901


Internal Revenue Service
Centralized Insolvency Option
P.O. Box 7346
Philadelphia, PA 19101-7346

Oved & Oved LLP
401 Greenwich Street
New York, NY 10013


ISSM Protective Services
1820 Swarthmore Ave.
Lakewood, NJ 08701

Red Hawk Fire & Security
494 8th Avenue
New York, NY 10001

# United States Bankruptcy Court
## Southern District of New York

In re   **Suffern Partners LLC**                                      Case No.
                                   Debtor(s)        Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Suffern Partners LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

 **Goldman RX Inc.**

☐ None [*Check if applicable*]

**May 14, 2021**                                  **/s/ Robert L. Rattet**
Date                                              **Robert L. Rattet**
                                                  Signature of Attorney or Litigant
                                                  Counsel for   **Suffern Partners LLC**
                                                  **Davidoff Hutcher & Citron LLP**
                                                  **605 Third Avenue**
                                                  **34th Floor**
                                                  **New York, NY 10158**
                                                  **212 557 7200 Fax:212 286 1884**
                                                  **rlr@dhclegal.com**

## United States Bankruptcy Court
### Southern District of New York

In re  **Suffern Partners LLC**                                    Case No. _____

_____
Debtor(s)                                             Chapter    **11** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Isaac Lefkowitz**, declare under penalty of perjury that I am the **CEO** of  **Suffern Partners LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of **May**, 2021__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Isaac Lefkowitz**, **CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Isaac Lefkowitz**, **CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Isaac Lefkowitz**, **CEO** of this Corporation is authorized and directed to employ **Robert L. Rattet**, attorney and the law firm of **Davidoff Hutcher & Citron LLP** to represent the corporation in such bankruptcy case."

Date  **May __, 2021**                          Signed _____
_____                              **Isaac Lefkowitz**

Resolution of Board of Directors
of
**Suffern Partners LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Isaac Lefkowitz**, **CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Isaac Lefkowitz**, **CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Isaac Lefkowitz**, **CEO** of this Corporation is authorized and directed to employ **Robert L. Rattet**, attorney and the law firm of **Davidoff Hutcher & Citron LLP** to represent the corporation in such bankruptcy case.

Date **May __, 2021** _____     Signed _____
                                                                                                       **Isaac Lefkowitz**

Date **May __, 2021** _____     Signed _____