CLOSED,BKREF,ECF,RELATED

# U.S. District Court
## Southern District of New York (White Plains)
## CIVIL DOCKET FOR CASE #: 7:21-cv-04403-CS
## Internal Use Only

| | |
|---|---|
| RS Old Mills, LLC v. Suffern Partners LLC | Date Filed: 05/17/2021 |
| Assigned to: Judge Cathy Seibel | Date Terminated: 05/21/2021 |
| Demand: $9,999,000 | Jury Demand: None |
| Related Case: 7:20-cv-08905-CS | Nature of Suit: 290 Real Property: Other |
| Case in other court: State Court- Supreme, 031809/2020 | Jurisdiction: Federal Question |
| Cause: 28:1452 R&R re motions to remand (non-core) | |

**Plaintiff**

**RS Old Mills RD, LLC**

V.

**Defendant**

**Suffern Partners LLC**   represented by   **Gilbert Backenroth**
Hahn & Hessen LLP
488 Madison Avenue
Ste 14th Floor
New York, NY 10022
212-478-7240
Email: gbackenroth@hahnhessen.com
*ATTORNEY TO BE NOTICED*

**James B. Glucksman**
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY 10158
212-557-7200
Fax: 212-286-1884
Email: jbg@dhclegal.com
*ATTORNEY TO BE NOTICED*

**Stephen J Grable**
Hahn & Hessen LLP
488 Madison Avenue
Suite/Floor 15
New York, NY 10022
(212)-478-7213
Fax: (212)-478-7400
Email: sgrable@hahnhessen.com
*ATTORNEY TO BE NOTICED*

|  |  | **Steven Roderick Aquino**<br>Hahn & Hessen LLP<br>488 Madison Avenue<br>Suite/Floor 15<br>New York, NY 10022<br>(212)-478-7200<br>Fax: (212)-478-7400<br>Email: saquino@hahnhessen.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Robert L. Rattet**<br>Davidoff Hutcher & Citron LLP<br>605 Third Avenue<br>34th Floor<br>New York, NY 10158<br>212-557-7200<br>Email: rlr@dhclegal.com<br>*ATTORNEY TO BE NOTICED* |

**ThirdParty Plaintiff**

| **Suffern Partners LLC** | represented by | **Gilbert Backenroth**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **James B. Glucksman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Stephen J Grable**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Steven Roderick Aquino**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**ThirdParty Defendant**

**Avrohom Kaufman**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/17/2021 | [1](#) | NOTICE OF REMOVAL from Supreme, County of Rockland. Case Number: 031809/2020. (Filing Fee $ 402.00, Receipt Number ANYSDC-24546302).Document filed by Suffern Partners LLC. (Attachments: # [1](#) Exhibit 1 - Summons & Complaint, # [2](#) Exhibit 2- Answer Counterclaims and Third Party Complaint, # [3](#) Exhibit 3 - Answer to Counterclaims, # [4](#) Exhibit 4 - Answer to Third Party Complaint, # [5](#) Exhibit 5 - Decision on Motion to Strike Notice of Pendency |

| | | |
|---|---|---|
| | | August 20, 2020, # 6 Exhibit 6- Decision on Motion to Fix Undertaking).(Rattet, Robert) (Entered: 05/17/2021) |
| 05/17/2021 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Suffern Partners LLC added. Party added pursuant to 1 Notice of Removal,,.Document filed by Suffern Partners LLC. Related document: 1 Notice of Removal,,..(Rattet, Robert) (Entered: 05/17/2021) |
| 05/17/2021 | 2 | CIVIL COVER SHEET filed..(Glucksman, James) (Entered: 05/17/2021) |
| 05/17/2021 | 3 | FIRST RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Suffern Partners LLC..(Glucksman, James) (Entered: 05/17/2021) |
| 05/17/2021 | 4 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** NOTICE of Related Case Statement re: 2 Civil Cover Sheet, 1 Notice of Removal,,. Document filed by Suffern Partners LLC..(Glucksman, James) Modified on 5/18/2021 (vf). (Entered: 05/17/2021) |
| 05/17/2021 | 5 | NOTICE OF APPEARANCE by James B. Glucksman on behalf of Suffern Partners LLC..(Glucksman, James) (Entered: 05/17/2021) |
| 05/18/2021 | | **\*\*\*NOTICE TO ATTORNEY REGARDING REMOVAL OF PARTY. Notice to attorney Robert L. Rattet. The following party/parties has been removed from this case: RS Old Mill Rd, LLC. The party was added to the case in error. (vf)** (Entered: 05/18/2021) |
| 05/18/2021 | | **\*\*\*NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Robert L. Rattet. The following case opening statistical information was erroneously selected/entered: Cause of Action code Blank; Nature of Suit code 150 (Contract: Recovery/Enforcement); Dollar Demand 30,000,000. The following correction(s) have been made to your case entry: the Cause of Action code has been modified to 28:1452; the Nature of Suit code has been modified to 290 (Real Property: Other); the Dollar Demand has been modified to 9,999,999. (vf)** (Entered: 05/18/2021) |
| 05/18/2021 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT RELATED CASE STATEMENT. Notice to attorney James B. Glucksman to RE-FILE Document No. 4 Notice (Other). The filing is deficient for the following reason(s): the wrong event type was used to file the related case statement. Re-file the document using the event type Statement of Relatedness found under the event list Other Documents - select the correct filer - enter the related case number when prompted - and attach the correct PDF. (vf)** (Entered: 05/18/2021) |
| 05/18/2021 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Unassigned. (vf) (Entered: 05/18/2021) |
| 05/18/2021 | | Case Designated ECF. (vf) (Entered: 05/18/2021) |
| 05/18/2021 | | CASE REFERRED TO Judge Cathy Seibel as possibly related to 7:20-cv-8905. (vf) (Entered: 05/18/2021) |
| 05/18/2021 | 6 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 20-8905. Document filed by Suffern Partners LLC..(Glucksman, James) (Entered: 05/18/2021) |

| | | |
|---|---|---|
| 05/20/2021 | | CASE ACCEPTED AS RELATED. Create association to 7:20-cv-08905-CS. Notice of Assignment to follow. (vba) (Entered: 05/20/2021) |
| 05/20/2021 | | NOTICE OF CASE REASSIGNMENT to Judge Cathy Seibel. Judge Unassigned is no longer assigned to the case. (vba) (Entered: 05/20/2021) |
| 05/20/2021 | | Magistrate Judge Andrew E. Krause is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (vba) (Entered: 05/20/2021) |
| 05/20/2021 | 7 | NOTICE OF APPEARANCE by Steven Roderick Aquino on behalf of Suffern Partners LLC..(Aquino, Steven) (Entered: 05/20/2021) |
| 05/20/2021 | 8 | NOTICE OF APPEARANCE by Gilbert Backenroth on behalf of Suffern Partners LLC..(Backenroth, Gilbert) (Entered: 05/20/2021) |
| 05/20/2021 | 9 | NOTICE OF APPEARANCE by Stephen J Grable on behalf of Suffern Partners LLC..(Grable, Stephen) (Entered: 05/20/2021) |
| 05/21/2021 | 10 | LETTER MOTION to Consolidate Cases 20-8905 addressed to Judge Cathy Seibel from Stephen J. Grable dated May 21, 2021. Document filed by Suffern Partners LLC..(Grable, Stephen) (Entered: 05/21/2021) |
| 05/21/2021 | 11 | DUPLICATE ORIGINAL AMENDED STANDING ORDER REFERRING CASE to Bankruptcy Court as related to Bankruptcy Court Case No. 21-22280. Pursuant to 28 U.S.C. Section 157(a) any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district. (See 1:12-mc-00032 (M-10-468) Order Filed February 1, 2012) (Signed by Judge Loretta A. Preska on 1/31/2012) (gp) (Entered: 05/21/2021) |
| 05/21/2021 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court - Southern District of New York..(gp) (Entered: 05/21/2021) |