DAVIDOFF HUTCHER & CITRON LLP
*Proposed Attorneys for the Debtor*
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400
Robert L. Rattet, Esq.
Jonathan S. Pasternak, Esq.

*Hearing Date: June 18, 2021*
*Hearing Time: 2:00 p.m.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

SUFFERN PARTNERS LLC,

                Debtor.
----------------------------------------------------------------X

Chapter 11
Case No. 21-22280(SHL)

## NOTICE OF HEARING ON DEBTOR'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT WITH CPIF LENDING, LLC, PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

**PLEASE TAKE NOTICE**, that on May 16, 2021, the above captioned debtor and debtor-in-possession (the "Debtor"), filed a voluntary petition for relief in the United States Bankruptcy Court for the Southern District of New York, White Plains Division (the "Bankruptcy Court") under Chapter 11 of the United States Code.

**PLEASE TAKE FURTHER NOTICE**, that upon the annexed motion (the "Motion") of the Debtor, the undersigned will move before the Honorable Sean H. Lane, Bankruptcy Judge, at the United States Bankruptcy Court, White Plains Division, 300 Quarropas Street, White Plains, New York 10601 on June 18, 2021 at 2:00 p.m. (the "Hearing"), or as soon thereafter as counsel may be heard, to consider the Motion and the Debtor's request therein for entry of an order authorizing and approving the Settlement Agreement between the Debtor and CPIF Lending, LLC pursuant to Bankruptcy Rule 9019.

**PLEASE TAKE FURTHER NOTICE,** that the Hearing will be held via telephonic conference only. Parties who wish to appear must register with Court Solutions at www.court-solutions.com in advance of the hearing.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to any of the relief requested in the Motion shall be made in writing, filed with the Court on the Court's Electronic Case Filing System at www.ecf.nysb.uscourts.gov (Login and password required) with a copy delivered directly to Hon. Sean H. Lane and served upon the undersigned no later than June 11, 2021 at 4:00 p.m.

Dated: New York, New York
      May 21, 2021

    DAVIDOFF HUTCHER & CITRON LLP
*Proposed Attorneys for the Debtor*
120 Bloomingdale Road, Suite 100
White Plains, New York 10605
(914) 381-7400

By: */s/ Jonathan S. Pasternak*
    Jonathan S. Pasternak
    Robert L. Rattet