# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| IN RE: | CASE NO: 21-22280 |
|---|---|
| Suffern Partners LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 5/21/2021, I did cause a copy of the following documents, described below,

Notice of Hearing on Debtor's Motion for Approval of Settlement Agreement

Debtor's Motion for Approval of Settlement Agreement

Settlement Agreement and Release

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/21/2021

/s/ Jonathan S. Pasternak
Jonathan S. Pasternak  2343598

Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY  10158
212 557 7200

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>Suffern Partners LLC | CASE NO: 21-22280<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 5/21/2021, a copy of the following documents, described below,

Notice of Hearing on Debtor's Motion for Approval of Settlement Agreement

Debtor's Motion for Approval of Settlement Agreement

Settlement Agreement and Release

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/21/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jonathan S. Pasternak
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY  10158

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| VINCE LLC<br>ATTN: ANDREA TIMPONE ESQ.<br>500 FIFTH AVE. 19TH FLOOR<br>NEW YORK NY 10110 | ATC GROUP SERVICES LLC<br>104 EAST 25TH STREET<br>NEW YORK NY 10010 | CBRE<br>ATTN: WILLIAM WAXMAN<br>250 PEHLE AVENUE<br>PLAZA 2 SUITE 600<br>SADDLE BROOK NJ 07663 |
| CPIF LENDING LLC<br>1910 FAIRVIEW AVENUE EAST<br>SEATTLE WA 98102 | DG REALTY MANAGEMENT LLC<br>22 PHYLLIS TERRACE<br>MONSEY NY 10952 | LEWIS & GREER P.C.<br>ATTN: DYLAN C. HARRIS ESQ.<br>510 HAIGHT AVENUE SUITE 202<br>POUGHKEEPSIE NY 12603 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPETIONS<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | ISSM PROTECTIVE SERVICES<br>1820 SWARTHMORE AVE.<br>LAKEWOOD NJ 08701 | KENT BEATTY & GORDON LLP<br>ATTN: JACK GORDON ESQ.<br>11 TIMES SQUARE<br>NEW YORK NY 10036 |
| LAW OFFICE OF JEFFREY FLEISCHMAN<br>150 BROADWAY<br>NEW YORK NY 10038 | LIPSIUS-BENHAIM LAW LLP<br>ATTN: IRA LIPSIUS ESQ.<br>80-02 KEW GARDENS RD. STE. 1030<br>KEW GARDENS NY 11415 | BENESCH FRIEDLANDER COPLAN & ARONOFF<br>ATTN: MICHAEL J. BARRIE ESQ.<br>1313 N. MARKET STREET STE. 1201<br>WILMINGTON DE 19801 |
| NYS DEPT. OF TAXATION & FINANCE<br>ATTN: OFFICE OF COUNSEL BLDG. 9<br>W.A. HARRIMAN STATE CAMPUS<br>ALBANY NY 12227 | OLD REPUBLIC NATIONAL TITLE INS. CO.<br>C/O BUTLER FITZGERALD FIVESON &<br>MCCARTHY<br>ATTN: DAVID K. FIVESON ESQ.<br>9 EAST 45TH STREET 9TH FLOOR<br>NEW YORK NY 10017 | ORANGE & ROCKLAND UTILTIES INC.<br>390 W. ROUTE 59<br>SUFFERN NY 10901 |
| OVED & OVED LLP<br>401 GREENWICH STREET<br>NEW YORK NY 10013 | RED HAWK FIRE & SECURITY<br>494 8TH AVENUE<br>NEW YORK NY 10001 | RIVERSIDE ABSTRACT INC.<br>C/O REBAR KELLY<br>ATTN: CATHLEEN KELLY REBAR<br>800 3RD AVE. 28TH FLOOR<br>NEW YORK NY 10022 |
| MEYERS SAXON & COLE<br>ATTN: ROBERT SAXON ESQ.<br>3620 QUENTIN ROAD<br>BROOKLYN NY 11234 | RS OLD MILLS RD LLC<br>C/O LAW OFFICES OF STEPHEN R. STERN P.C.<br>ATTN: SLOAN ZARKIN ESQ.<br>68 S. SERVICE RD. STE. 100<br>MELVILLE NY 11747 | TOWN OF RAMAPO<br>237 ROUTE 59<br>SUFFERN NY 10901 |
| TT HOLDER ENTITY LLC<br>C/O GREENBERG TRAURIG LLP<br>ATTN: STEVEN D. FLEISSIG ESQ.<br>500 CAMPUS DR. STE. 400<br>FLORHAM PARK NJ 07932 | GOTTLIEB OSTRAGER LLP<br>ATTN: WARREN GOTTLIEB ESQ.<br>80 BUSINESS PARK DR STE 105<br>ARMONK NY 10504 | YEHUDA SALAMON<br>C/O LAW OFFICES OF STEPHEN R. STERN P.C.<br>ATTN: SLOAN J. ZARKIN ESQ.<br>68 S. SERVICE RD. STE. 100<br>MELVILLE NY 11747 |
| HAHN & HESSEN LLP<br>ATTN: GILBERT BACKENROTH ESQ.<br>STEPHEN J. GRABLE ESQ.<br>STEVEN R. AQUINO ESQ.<br>488 MADISON AVENUE<br>NEW YORK NY 10022 | BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>ATTN: MICHAEL J. BARRIE ESQ.<br>WILLIAM M. ALLEMAN JR. ESQ.<br>39 BROADWAY 25TH FL.<br>NEW YORK NY 10006 | BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>ATTN: ELLIOT M. SMITH ESQ.<br>200 PUBLIC SQUARE SUITE 2300<br>CLEVELAND OH 44114 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY
C/O BUTLER FITZGERALD FIVESON & MCCARTHY
ATTN: DAVID K. FIVESON ESQ.
9 EAST 45TH STREET 9TH FL.
NEW YORK NY 10017

MEISTER SEELIG & FEIN LLP
ATTN: JEFFREY SCHREIBER ESQ.
125 PARK AVENUE 7TH FL.
NEW YORK NY 10017