BUTLER, FITZGERALD, FIVESON & McCARTHY,  Presentment Date: August 12, 2021
A Professional Corporation  Objection Deadline: August 5, 2021
9 East 45th Street, Ninth Floor
New York, New York 10017
David K. Fiveson, Esq.
Tel.: (212) 615-2200
Fax: (212) 615-2215

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re:

SUFFERN PARTNERS, LLC

Chapter 11

Case no. 21-22280(SHL)

Debtor.

-------------------------------------------------------------------X

## NOTICE OF PRESENTMENT OF APPLICATION SEEKING ENTRY OF AN ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004, DIRECTING THE PRODUCTION OF DOCUMENTS BY, AND THE EXAMINATION OF, DEBTOR BY ISAAC LEFKOWITZ

PLEASE TAKE NOTICE that, on August 12, 2021 at 10:00 a.m., the annexed Application Seeking Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004, Directing the Production of Documents by and the Examination of Debtor by Isaac Lefkowitz (the "Application") will be presented to the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 (the "Court").

PLEASE TAKE FURTHER NOTICE that objections to the Application, if any, must be in writing, conform with the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, state with particularity the grounds therefore and be filed with the Court, a copy delivered directly to Hon. Sean H. Lane and served upon undersigned counsel no later than August

5, 2021 by 5:00 p.m. as follows: (i) through the Court's electronic filing system, which may be accessed through the internet at the Court's website at http://www.nyeb.uscourtsgov/ (login and password required) in portable document format (PDF) using Adobe Exchange software for conversion; or (ii) if a party is unavailable to file electronically, such party shall submit the objection in PDF form on a diskette in an envelope with the case name, case number, type and title of document, document number to which the objection referred and the file name on the outside of the envelope.

      PLEASE TAKE FURTHER NOTICE, that, in the event objections to the Application are timely filed, a hearing will be scheduled before the Honorable Sean H. Lane, United States Bankruptcy Judge, notice of which will be separately provided. If no objections are timely filed, then the Bankruptcy Court may approve the relief requested in the Application.

Dated: New York, New York
      July 22, 2021

**BUTLER, FITZGERALD, FIVESON & McCARTHY**
A Professional Corporation
*Attorneys for Creditor*
*Old Republic National Title Insurance Company*

By: *S/ David K. Fiveson*
    David K. Fiveson, Esq.
A Principal of the Firm
9 East 45th Street, Ninth Floor
New York, New York 10017
(212) 615-2200
dfiveson@bffmlaw.com

2