LAW OFFICES
# BUTLER, FITZGERALD, FIVESON & McCARTHY
A Professional Corporation
NINE EAST 45TH STREET
NINTH FLOOR
NEW YORK, NEW YORK 10017
www.bffmlaw.com

David K. Fiveson
212-615-2225
dfiveson@bffmlaw.com

Of Counsel:
David J. McCarthy
Telephone 212-615-2200
Facsimile 212-615-2215

August 6, 2021

BY ECF
Hon. Sean H. Lane
United States Bankruptcy Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

**Re:**   Case Name:   **In re Suffern partners LLC (the"Debtor")**
    Docket:    21-22280 (SHL)
    Our File No.:  3696-06391

Dear Judge Lane:

My firm represents creditor Old Republic National Title Insurance Company.

We filed a notice of presentment (ecf no. 108) for a Rule 2004 order directing discovery of the debtor ("Notice"). The notice is returnable August 12, 2021. I have been in communication with Mr. Pasternak and we are endeavoring to resolve the issues raised by the Notice. I therefore respectfully request the Court not sign any Rule 2004 order until the undersigned advises the issues have not been resolved.

Respectfully submitted,

*/s/ David Fiveson*
David K. Fiveson

DKF/rqs
Encls.

cc:   *All counsel of record via ECF.*