# Exhibit B

### Time Records of Oved & Oved LLP

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 5/17/2021 | Andrew Kincaid, Esq. | Discussion with Glen Lenihan, Esq. regarding opposition brief to Continental Kosher Catering's motion for abeyance and to "reconstruct" the record. Revised brief in opposition re same.  Research regarding stay of appeal and revisions to brief regarding same. | 3.9 | $2,125.50 |
| 5/17/2021 | Glen Lenihan, Esq. | Revise opposition to CKC's motion to reconstruct the trial record and stay appeal. Conference with Andrew Kincaid, Esq. regarding same. | 0.8 | $716.00 |
| 5/17/2021 | Glen Lenihan, Esq. | Review and revise responses and objections to Plaintiff's second set of document demands. | 0.6 | $537.00 |
| 5/17/2021 | Andrew Urgenson, Esq. | Edit and revise brief in opposition to motion to stay appeal filed by Contintental Kosher Catering; Conference with Glen Lenihan, Esq. regarding same. | 1.2 | $1,074.00 |
| 5/17/2021 | Jennifer Pierce, Esq. | Review and revise Responses to Supplemental Document Demands. Finalized same; e-mail correspondence with team regarding same. | 0.4 | $158.00 |
| 5/18/2021 | Glen Lenihan, Esq. | Finalize opposition to CKC's motion to stay appeal and direct Justice Court to reconstruct trial record; Conference with Andrew Kincaid, Esq. regarding same. | 1.1 | $984.50 |
| 5/18/2021 | Andrew Kincaid, Esq. | Reviewed and revised brief in opposition to motion for abeyance and to "reconstruct" the record consistent with edits implemented by Glen Lenihan, Esq. Finalized brief, coordinated with Judi Swartz, Esq. regarding service, and filed brief. | 1.9 | $1,035.50 |
| 5/19/2021 | Glen Lenihan, Esq. | Teleconference with and e-mail correspondence with Jonathan Pasternak, Esq. regarding bankruptcy and strategy; Teleconference with Mr. Isaac Lefkowitz | 1.3 | $1,163.50 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| | | regarding same;  drafting application for retention as special litigation counsel. | | |
| 5/21/2021 | Glen Lenihan, Esq. | Analyze CKC's reply papers in further support of its motion to hold the appeal in abeyance and direct the Justice Court to reconstruct trial testimony; Conference with Andrew Kincaid, Esq. regarding same; Review and revise letter to the Court requesting that the Court strike CKC's reply papers. | 1.6 | $1,432.00 |
| 5/21/2021 | Andrew Kincaid, Esq. | Reviewed reply brief submitted by CKC, drafted letter regarding untimely and improper reply regarding same. Filed and served letter. | 2.8 | $1,526.00 |
| 5/26/2021 | Glen Lenihan, Esq. | Analyze CKC's opposition to our application to strike CKC's reply papers; Conference with Andrew Kincaid, Esq. regarding same and strategy. | 0.6 | $537.00 |
| 6/4/2021 | Glen Lenihan, Esq. | Analyzing CKC's application to the Appellate Division to extend its time to perfect appeal; Conduct legal research regarding same; Drafting opposition to same. | 2.3 | $2,058.50 |
| 6/4/2021 | Andrew Kincaid, Esq. | Reviewed and revised draft letter responding to CKC letter to Appellate Term.  Discussion with Glen Lenihan, Esq. regarding same. | 0.8 | $436.00 |
| 6/8/2021 | Glen Lenihan, Esq. | Teleconference with Stephen Grable, Esq., Gil Backenroth, Esq. and Robert Conklin, Esq. regarding strategy; E-mail correspondence with Jonathan Pasternak, Esq. regarding status and relationship to bankruptcy proceeding. | 0.9 | $805.50 |
| 6/14/2021 | Glen Lenihan, Esq. | Analyzing motion papers filed by Continental Kosher Catering objecting to bankruptcy sale; Drafting declaration in support of bankruptcy sale and rebutting statements in Avi Meyer's Declaration and other motion papers; E-mail correspondence with Suffern's bankruptcy counsel regarding same. | 2.7 | $2,416.50 |
| 6/15/2021 | Glen Lenihan, Esq. | E-mail correspondence with bankruptcy counsel regarding Declaration of Glen Lenihan in support of sale; Revising Declaration of Glen Lenihan in support of sale; Analyzing | 1.1 | $984.50 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
|  |  | draft motion in further support of sale; E-mail correspondence with bankruptcy counsel regarding same. |  |  |
| 6/16/2021 | Glen Lenihan, Esq. | Review and revise Declaration of Glen Lenihan; E-mail correspondence with and Teleconference with Jonathan Pasternak, Esq. regarding same and strategy. | 0.4 | $358.00 |
| 6/22/2021 | Glen Lenihan, Esq. | Teleconference with bankruptcy counsel regarding CKC's objections to motion for sale and legal arguments made regarding same. | 0.4 | $358.00 |
| 6/22/2021 | Jennifer Pierce, Esq. | Draft Proof of Claim; Conference with Glen Lenihan, Esq. regarding same; Conference with Terrence A. Oved, Esq. regarding same; File same. | 1.1 | $434.50 |
| 6/24/2021 | Glen Lenihan, Esq. | E-mail correspondence with Jonathan Pasternak, Esq. regarding CKC's proof of claim filed in bankruptcy action and objection thereto; Analyze CKC's proof of claim; Conference with Andrew Kincaid, Esq. regarding same. | 0.3 | $268.50 |
| 6/25/2021 | Andrew Kincaid, Esq. | Discussion with Glen Lenihan, Esq. regarding opposition to claim filed by CKC, began research regarding same. | 1.1 | $599.50 |
| 6/28/2021 | Andrew Kincaid, Esq. | Continued to draft opposition to claim filed by CKC in Suffern bankruptcy per Glen Lenihan, Esq. | 3.7 | $2,016.50 |
| 6/29/2021 | Glen Lenihan, Esq. | Analyze Bankruptcy court's findings of facts and decisions on motion to sell property. | 0.7 | $626.50 |
| 6/30/2021 | Andrew Kincaid, Esq. | Finalized draft opposition to claim filed by CKC in Suffern bankruptcy per Glen Lenihan, Esq., including additional research regarding same. | 5.1 | $2,779.50 |
| 7/1/2021 | Glen Lenihan, Esq. | Review and revise objection to proof of claim filed by CKC in bankruptcy court; Analyze legal research regarding same; Conference with Andrew Kincaid, Esq. regarding same | 3.3 | $2,953.50 |

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| | | and strategy; Analyzing proposed revisions by Jonathan Pasternak, Esq. | | |
| 7/1/2021 | Andrew Kincaid, Esq. | Revised opposition to claim filed by CKC in Suffern bankruptcy per Glen Lenihan, Esq. | 0.8 | $436.00 |
| 7/29/2021 | Andrew Kincaid, Esq. | Reviewed opposition filed by CKC to Suffern's objection to CKC's claim. Correspondence with co-counsel and Glen Lenihan, Esq. regarding same. Began to draft reply regarding same. | 2.8 | $1,526.00 |
| 7/30/2021 | Glen Lenihan, Esq. | Analyzing CKC's opposition to our objection to its proof of claim; Teleconference with bankruptcy counsel, Andrew Kincaid, Esq. and Mr Isaac Lefkowitz regarding same and strategy; Analyze legal research regarding same; Revising opposition. | 5.3 | $4,743.50 |
| 7/30/2021 | Andrew Kincaid, Esq. | Continued to draft reply in support of Objection to CKC claim, including additional research regarding same. Call with Glen Lenihan, Esq. and co-counsel regarding same. | 7.7 | $4,196.50 |
| 8/1/2021 | Andrew Kincaid, Esq. | Reviewed and revised reply in support of Objection to CKC's claim. | 1.9 | $1,035.50 |
| 8/2/2021 | Glen Lenihan, Esq. | Revising reply to CKC's opposition to our objection to its proof of claim; Conference with Andrew Kincaid, Esq. regarding same and strategy; Teleconference with Mr. Isaac Lefkowitz regarding same. | 4.8 | $4,296.00 |
| 8/2/2021 | Andrew Kincaid, Esq. | Reviewed, revised, and finalized reply in support of opposition to CKC's claim per Glen Lenihan, Esq., including preparation of exhibits regarding same. | 0.8 | $436.00 |
| 8/4/2021 | Glen Lenihan, Esq. | Preparing for upcoming hearing on Suffern's objection to CKC's proof of claim. | 2.6 | $2,327.00 |
| 8/5/2021 | Glen Lenihan, Esq. | Prepare for and participate in hearing with Bankruptcy Court regarding objections to CKC's proof of claim; E-mail correspondence with Jon Pasternak, Esq. regarding same and strategy. | 4.2 | $3,759.00 |

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 8/9/2021 | Glen Lenihan, Esq. | Prepare for and participate in hearing with Bankruptcy Court regarding objections to CKC's proof of claim; Teleconference with Jon Pasternak, Esq. and Mr. Isaac Lefkowitz regarding same and strategy; Conference with Terrence A. Oved, Esq. regarding same; Analyze damages owed to Suffern Partners by CKC. | 3.6 | $3,222.00 |
| 8/16/2021 | Andrew Kincaid, Esq. | Reviewed and revised draft complaint per Glen Lenihan, Esq. Research regarding adversary proceeding rules in Bankr. SDNY regarding same. | 2.7 | $1,471.50 |
| 8/20/2021 | Andrew Kincaid, Esq. | Reviewed and revised draft adversary proceeding complaint per Glen Lenihan, Esq. | 1.7 | $926.50 |
| 8/23/2021 | Glen Lenihan, Esq. | Conference with Andrew Kincaid, Esq. regarding adversary proceeding against CKC; Review and revise complaint; E-mail correspondence with Mr. Isaac Lefkowitz and Jonathan Pasternak, Esq. regarding same. | 3.9 | $3,490.50 |
| 8/24/2021 | Glen Lenihan, Esq. | Analyze revisions to adversary proceeding complaint proposed by Jonathan Pasternak, Esq.; E-mail correspondence with Jonathan Pasternak, Esq. and James Gluckman, Esq. regarding same and strategy; Teleconference with Mr. Isaac Lefkowitz regarding same. | 0.7 | $626.50 |
| 8/24/2021 | Andrew Kincaid, Esq. | Reviewed and began to revise fee application per form provided by bankruptcy counsel. Prepared notices of appearance for adversary proceeding per Glen Lenihan, Esq., filing same. | 1.1 | $599.50 |
| 8/24/2021 | Jennifer Pierce, Esq. | Review and revise Complaint. | 0.8 | $316.00 |
| | | Total | 85.5 | $61,792.50 |