UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re:

SUFFERN PARTNERS, LLC

Debtor.

Chapter 11

Case no. 21-22280(SHL)

----------------------------------------------------------------X

## CERTIFICATE OF NO OBJECTION

Pursuant to U.S.C. § 1746, the undersigned hereby certifies as follows:

1. On July 22, 2021, Old Republic National Title Insurance Company ("ORNTIC") filed an Application Seeking Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 2004, Directing the Production of Documents by, and the Examination of, Debtor Isaac Lefkowitz (the "Motion").

2. Contemporaneously with the Application, ORNTIC filed a Notice of Presentment (*ECF No. 108*) scheduling a Presentment Date of August 12, 2021.

3. Notice was provided that any objections to the Application must have been in writing, setting forth the grounds therefor and submitted by August 5, 2021 at 5:00 p.m. (the "Objection Deadline").

4. The Objection Deadline has passed and: (i) the Application was filed and served in a timely fashion; (ii) there was no objection, responsive pleading or request for a hearing filed pursuant to the Application on the docket; and (iii) your affirmant is unaware of any informal objection. Accordingly, the Court may enter the proposed order granting the Application without a hearing.

5. On August 6, 2021, your affirmant wrote a letter to the Court advising that we were in communication with counsel for the debtor in an attempt to resolve the issues raised

by the Notice and Application. In that letter we requested that the Court not sign the Rule 2004 order pending a possible resolution between the parties. Unfortunately, there has been no resolution and we hereby request that the order (ecf. no. 108, attachment 4) directing discovery of the debtor be signed by the Court.

Dated: New York, New York
October 13, 2021

        **BUTLER, FITZGERALD, FIVESON & McCARTHY**
A Professional Corporation
*Attorneys for Creditor*
*Old Republic National Title Insurance Company*


By: *S/ David K. Fiveson*
    David K. Fiveson, Esq.
A Principal of the Firm
9 East 45th Street, Ninth Floor
New York, New York 10017
(212) 615-2200
dfiveson@bffmlaw.com

TO:    All Counsel by ECF