| | |
|---|---|
| DAVIDOFF HUTCHER & CITRON, LLP | *Presentment Date: December 20, 2021* |
| *Attorneys for the Reorganized Debtor* | *Presentment Time:  12:00 p.m.* |
| 120 Bloomingdale Road | |
| White Plains, New York 10605 | |
| (914) 381-7400 | |
| Robert L. Rattet, Esq. | |
| Jonathan S. Pasternak, Esq. | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X  Post-Confirmation
In Re:                                                                                   Chapter 11

SUFFERN PARTNERS LLC,                                      Case No.: 21-22280(SHL)

                              Debtor.
------------------------------------------------------------X

## NOTICE OF PRESENTMENT OF ORDER GRANTING FINAL DECREE CLOSING THE DEBTORS' CHAPTER 11 CASE

**PLEASE TAKE NOTICE,** that upon the annexed motion (the "Motion")[1] of SUFFERN PARTNERS LLC., the above-captioned reorganized debtor ("Debtor"), by its attorneys, Davidoff Hutcher & Citron LLP, the annexed Order Granting Final Decree will be presented by the undersigned for approval and signature to the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United Stated Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601 on the 20th day of December, 2021 at 12:00 p.m. (the "Presentment Date").

---

[1] Capitalized terms used herein not otherwise defined shall have the meaning ascribed to them in the Motion.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Motion must be made in writing, filed with the Court on the Court's Electronic Case Filing System, at www.ecf.nysb.uscourts.gov (login and password required), with a copy delivered directly to Chambers and served upon Davidoff Hutcher & Citron LLP, attorneys for the Debtor, 120 Bloomingdale Road, White Plains, New York 10605, Attn: Robert L. Rattet, Esq. and Jonathan S. Pasternak, Esq., so as to be received no later than 2 days before the Presentment Date.

**PLEASE TAKE FURTHER NOTICE,** that in the event that an objection is received, the Court may hold a hearing with respect to the signature of this Order, and the undersigned will inform any party filing an objection as to the date and time of the hearing.

Dated: White Plains, New York
December 6, 2021

                DAVIDOFF HUTCHER & CITRON LLP
                *Attorneys for the Reorganized Debtor*
                120 Bloomingdale Road
                White Plains, New York 10605
                (914) 381-7400

                By: */s/ Robert L. Rattet*
                      Robert L. Rattet
                      Jonathan S. Pasternak