DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for the Debtor*
120 Bloomingdale Road
White Plains, New York 10605
(914) 381-7400
Robert L. Rattet, Esq.
Jonathan S. Pasternak, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                              Post Confirmation
                                                                    Chapter 11

SUFFERN PARTNERS LLC,                              Case No.: 21-22280(SHL)


                                    Debtor.
---------------------------------------------------------X

# DECLARATION CONCERNING DISBURSEMENTS OF THE DEBTOR
# FOR THE PERIOD OF DECEMBER 1, 2021 THROUGH DECEMBER 31, 2021

ISAAC LEFKOWITZ, hereby declares and states as follows:

1. I am the CEO of Suffern Partners LLC (the "Debtor"), and as such, I am fully familiar with the facts herein.

2. On or about May 16, 2021, the Debtor filed a voluntary petition for reorganization pursuant to Chapter 11 of the Bankruptcy Code. No Official Committee of Unsecured Creditors, trustee or examiner has been appointed.

3. The Debtor currently is not operating.

4. The Court entered an order confirming the Debtor's Chapter 11 Plan of Liquidation on October 19, 2021.

5. This Declaration is submitted as a summary of the Debtor's disbursements during the period of December 1, 2021 through December 31, 2021 (the "Reporting Period").

6. During the Reporting, Period the Debtor through Davidoff Hutcher & Citron LLP, the disbursing agent under the Debtor's confirmed Chapter 11 Plan of Liquidation, disbursed the following amounts:

    a. December, 2021        $20,000.00

    **TOTAL:**        **$20,000.00**

7. This is an accurate summary of the Debtor's disbursements for the Reporting Period.

Dated: Suffern, New York
       January 4, 2022

                SUFFERN PARTNERS LLC

                By: */s/ Isaac Lefkowitz*
                     Isaac Lefkowitz, CEO