UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                                     Post Confirmation
                                                                                                Chapter 11
SUFFERN PARTNERS LLC,
                                                                                                Case No. 21-22280(SHL)


                                    Debtors
-------------------------------------------------------------X

## ORDER GRANTING FINAL DECREE

**UPON** the filing of the Application dated December 3, 2021 of the above captioned Debtor (the "Debtor"), by its attorneys, Davidoff Hutcher & Citron LLP, for entry of a Final Decree closing the above captioned Chapter 11 case, and the Debtor's filing of the Chapter 11 Closing Report dated December 3, 2021, which report the Debtor represents complies with Local Bankruptcy Rule 3022, and it appearing that substantial consummation of the Debtor's Chapter 11 Plan of Liquidation dated July 21, 2021 (the "Plan") within the meaning of 11 U.S.C. §1101(2) having duly occurred, it is hereby

**ORDERED,** that the Chapter 11 case of the above-captioned Debtor is hereby closed; and

**ORDERED**, that the Reorganized Debtor shall reserve sufficient funds to pay the United States Trustee the appropriate amount of any quarterly fees due pursuant to 28 U.S.C. §1930 and any applicable interest due pursuant to 31 U.S.C. §3717 which fees and interest shall be paid within 10 days from the entry of this final decree, and the Debtor shall simultaneously file with the Bankruptcy Court and provide to the Office of the United States Trustee the appropriate affidavit indicating cash disbursements, if any, for the relevant period.

Dated: White Plains, New York
      January 24, 2022

                                    */s/ Sean H. Lane*
                                  United States Bankruptcy Judge